UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT BRYANT,

    Plaintiff,

  v.

RN ROCAMORA, et al.,

    Defendants.

No. C 13-4408 RS (PR)

**ORDER OF DISMISSAL**

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff admits that his administrative appeal of his claims is pending. Prisoners must exhaust properly their administrative remedies before filing suit in federal court. "No action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Exhaustion is mandatory and is no longer left to the discretion of the district court. *Woodford v. Ngo*, 548 U.S. 81, 84 (2006) (citing *Booth v. Churner*, 532 U.S. 731, 739 (2001)).

Plaintiff admits that he has not exhausted his grievances prior to filing the instant action. Accordingly, the action is hereby DISMISSED without prejudice. He may refile his action after he has exhausted his claims through the inmate grievance procedure at his penal institution. His motion for judicial notice (Docket No. 4) is DENIED without prejudice. The Clerk shall enter judgment in favor of defendants, terminate Docket No. 4, and close the file.

**IT IS SO ORDERED**.

DATED: February 11, 2014

RICHARD SEEBORG
United States District Judge

No. C 13-4408 RS (PR)
ORDER OF DISMISSAL